UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

DULCICH, INC. dba PACIFIC
SEAFOOD GROUP, et al.,

          Plaintiffs,

v.

MAYER BROWN, LLP,

          Defendant.

3:13-cv-00003-ST

JUDGMENT OF REMAND

BROWN, Judge.

Based on the Order ADOPTING Magistrate Judge Stewart's Findings and Recommendation (#45),

IT IS ORDERED AND ADJUDGED that this case is REMANDED to the Clackamas County Circuit Court of the State of Oregon.

DATED this 21st of June, 2013.

                                               /s/ Anna J. Brown
                                               ANNA J. BROWN
                                             United States District Judge