UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

DULCICH, INC. dba PACIFIC
SEAFOOD GROUP, et al.,

           Plaintiffs,

v.

MAYER BROWN, LLP,

           Defendant.

3:13-cv-00003-ST

JUDGMENT OF REMAND

BROWN, Judge.

Based on the Order ADOPTING Magistrate Judge Stewart's Findings and Recommendation (#45),

IT IS ORDERED AND ADJUDGED that this case is REMANDED to the Clackamas County Circuit Court of the State of Oregon.

DATED this 21st of June, 2013.

                                                    ANNA J. BROWN
                                                    United States District Judge